NANCY HERSH, (SBN 49091)
KATE HERSH-BOYLE, (SBN 278864)
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA  94102-6388
Telephone:  (415) 441-5544
Facsimile:   (415) 441-7586

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA ASHBY, | Case No.: 3:14-cv-04580-EDL |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL** |
| STRYKER CORPORATION, MCKESSON, a Corporation, and DOES ONE through TWENTY, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1)(A)(ii). The Parties shall bear their own costs and attorneys' fees in connection with this lawsuit.

///

///

///

- 1 -
STIPULATION FOR DISMISSAL

HERSH AND HERSH
A Professional Corporation

DATED:   January 23, 2015

HERSH & HERSH
A Professional Corporation


By____/s/ Nancy Hersh_____
NANCH HERSH
Attorneys for Plaintiff LISA ASHBY


DATED:   January 23, 2015


By_____
ARAMEH ZARGHAM O'BOYLE
Sedgwick LLP
Attorneys for Defendant Stryker Corporation


DATED:   January 23, 2015


By_____
PAVAN L. ROSATI
Goodman Neuman Hamilton LLP
Attorneys for Defendant McKesson

- 2 -
STIPULATION FOR DISMISSAL

DATED:   January 23, 2015          HERSH & HERSH
                                   A Professional Corporation


                                   By____/s/ Nancy Hersh_____
                                   NANCH HERSH
                                   Attorneys for Plaintiff LISA ASHBY



DATED:   January 23, 2015


                                   By_____
                                   ARAMEH ZARGHAM O'BOYLE
                                   Sedgwick LLP
                                   Attorneys for Defendant Stryker Corporation



DATED:   January 23, 2015


                                   By_PAVAN L. ROAAti_____
                                   PAVAN L. ROSATI
                                   Goodman Neuman Hamilton LLP
                                   Attorneys for Defendant McKesson

- 2 -

STIPULATION FOR DISMISSAL